IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Gennie W. Carter | | CHAPTER 13 |
| | Debtor(s) | |
| MIDFIRST BANK | Movant | |
| vs. | | NO. 19-11669 JKF |
| Gennie W. Carter | | |
| | Debtor(s) | |
| Scott Waterman | | |
| | Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 8th day of May, 2019, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Section 362, is modified to allow MIDFIRST BANK and its successor in title to proceed with the ejectment action regarding the premises 5464 North Marvine Street Philadelphia, PA 19141.

_____
United States Bankruptcy Judge.

Judge Jean K. FitzSimon

cc: See attached service list