UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                        :

GENNIE W   CARTER

                                                                            : Chapter 13

          Debtor(s)                    : Bankruptcy No. 19-11669JKF

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is dismissed.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s) plan shall be refunded to the Debtor unless a party files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby terminated and the employer shall cease wage withholding immediately.

**Date: May 22, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ZACHARY PERLICK ESQ
1420 WALNUT STREET
SUITE 718
PHILADELPHIA PA 19102-

GENNIE W   CARTER
5464 N MARVINE STREET
PHILADELPHIA, PA 19141