United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-11669-jkf
Gennie W. Carter                                                          Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 1          Date Rcvd: May 22, 2019
                             Form ID: pdf900        Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
db              +Gennie W. Carter,   5464 N. Marvine Street,   Philadelphia, PA 19141-3010
14307163        +MIDFIRST BANK,   C/O KEVIN G. MCDONALD,   KML LAW GROUP, P.C.,   701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14290126        +Midfirst Bank,   999 N.W. Grand Blvd.,   Suite 100,   Oklahoma City, OK 73118-6051
14312435        +Philadelphia Gas Works,   800 W Montgomery Avenue,   Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 23 2019 02:20:33   City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2019 02:20:15
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 23 2019 02:20:31   U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14290125        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 23 2019 02:25:06   Capital One,
                 P.O. Box 85617,   Richmond, VA 23276-0001
14304658        E-mail/PDF: resurgentbknotifications@resurgent.com May 23 2019 02:24:57   LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14290127       +E-mail/Text: bankruptcydpt@mcmcg.com May 23 2019 02:20:24   Midland Credit Management, Inc.,
                 8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
14290128        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2019 02:24:38
                 Portfolio Recovery Assoc.,   120 Corporate Blvd.,   Norfolk, VA 23502
                                                                                          TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
              POLLY A. LANGDON   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
              SCOTT WATERMAN   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY PERLICK   on behalf of Debtor Gennie W. Carter Perlick@verizon.net,
               pireland1@verizon.net
                                                                                          TOTAL: 7

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                  :

    GENNIE W   CARTER

                                        : Chapter 13

        Debtor(s)                    : Bankruptcy No. 19-11669JKF

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is dismissed.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s) plan shall be refunded to the Debtor unless a party files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby terminated and the employer shall cease wage withholding immediately.

**Date: May 22, 2019**

_____
    Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ZACHARY PERLICK ESQ
1420 WALNUT STREET
SUITE 718
PHILADELPHIA PA 19102-

GENNIE W  CARTER
5464 N MARVINE STREET
PHILADELPHIA, PA 19141